CONSTANTINO FLORES  
Bankruptcy Trustee  
P.O. BOX 511  
PHOENIX, AZ  85001-0511  
(602) 274-4200  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA  

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| THOMPSON, JUSTIN WILLIAM | ) | CASE NO. 07-06766-PHX-RTB |
| THOMPSON, ERIN BRIGHTWOOD | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 301 | 07/08/10 | Justin William Thompson<br>Erin Brightwood Thompson<br>19780 E. Reins Rd.<br>Queen Creek, AZ  85242 | $84.00 |
| | | c/o Haines Meyer, Attorney at Law<br>1212 E. Osborn, Suite 105<br>Phoenix, AZ  85014 | |

*February 3, 2011*           */s/ Constantino Flores*  
    DATE                                        Constantino Flores, Trustee